(September 27, 1984)

■ In the Matter of WILLIAM J. O'HARE, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner. — Motion by respondent to amend this

court's order dated August 27, 1984 to adjourn the effective date of his suspension from the practice of law from October 1, 1984 to February 1, 1985.

Motion granted to the extent of extending the effective date of respondent's three-year suspension to November 1, 1984.

This court's order dated August 27, 1984 amended accordingly. Mollen, P. J., Titone, Lazer, Mangano and Gibbons, JJ., concur. [103 AD2d 191.]